IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARY ANN (SHAW) NAWROCKI,

    Plaintiff,

  v.

Case No. 18-cv-1065-jdp

KRISTEN RINDFLEISCH,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case.

| s/ | 2/21/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |