UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WISCONSIN

Mary Ann Nawrocki

Plaintiff,

NOTICE OF APPEAL

Case No. 18-cv-1065-JDP

V.

Dr. Kirsten Rindfleisch

Defendant,

Notice is given that the Plaintiff/defendant, **Mary Ann Nawrocki**, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgement entered in this action On appeal letter is *retroactive* on any dismissals in the Past and /or Future.

Dated and signed this 17 day of August   2020

Madison,   Wisconsin.

Signature _Mary Nawrocki_

Date _08-17-2020_

Address is private because of an attack on my life

I assume, from the State of Wisconsin

@ the Civic Center Transit Site.

Case No. 4:18-cv-1034-JCH

Contact me, via, email, wi.crueltyhatred@gmail.com